Case No: 13-17030

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re:  John F Olsen  
Anne Q Olsen

Case No: **13-17030**  
Chapter: **13**

Property Address: **934 SAINT ANDREWS CIR., GENEVA, IL 60134**

Last four digits of any number you use to identify the debtor's account: **9299**

Court Claim No. (if known)  **18**

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**BANK OF AMERICA, N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **04/19/2018** and filed as Docket No. **51**

### Pre-Petition Default Payments     Applicable option is checked.

[✓] Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim.

[ ] Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:

Attached as Schedule of Amounts Outstanding on Pre-Petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments     Applicable option is checked.

[ ] Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[✓] Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: **$161816.49**          ***Loan Matured 7/20/2014***

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filling, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it.  Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor      ☑ I am the Creditor's authorized agent.  (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X  /s/ Timothy M. Johnson            05/04/2018
   Signature                          Date (MM/DD/YYYY)

First Name: Timothy       Middle Name: M       Last Name: Johnson

Title: Attorney

Company: Marinosci Law Group

Address: 134 N LaSalle St., Ste 1900

City: Chicago       State: IL       Zip: 60602

Phone: 312-940-8580

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Pre-Petition Claim**

| Description | Date Incurred | Amount |
| --- | --- | --- |

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Description | Date Incurred | Amount |
| --- | --- | --- |
| Balance of matured loan amount | 7/20/2014 | $144356.61 |
| Interest on matured balance | | $17459.88 |

**Post History**
Debtor: John F Olsen
Co-Debtor: John F Olsen

Redactio

| | | Total PRE Received | $0.00 |
| Last Date Satisfied | | Total POST Received | $26,251.53 |
| POST Suspense | ($161,816.49) | | |

| Transaction Date | PRE Funds Received | POST Funds | POST Payment Installment | Payment Amt Due | POST Partial Amount | POST Suspense Balance | Comment |
|---|---|---|---|---|---|---|---|
| 5/10/2013 | $ 367.61 | | 5/20/2013 | 367.61 | $0.00 | $0.00 | |
| 5/10/2013 | $ 0.39 | | | 0.39 | $0.00 | $0.00 | curtailment |
| 6/5/2013 | $ 379.86 | | 6/20/2013 | 379.86 | $0.00 | $0.00 | |
| 7/5/2013 | $ 367.62 | | 7/20/2013 | 367.62 | $0.00 | $0.00 | |
| 8/4/2013 | $ 429.86 | | 8/20/2013 | 429.86 | $0.00 | $0.00 | |
| 9/9/2013 | $ 379.87 | | 9/20/2013 | 379.87 | $0.00 | $0.00 | |
| 10/6/2013 | $ 367.61 | | 10/20/2013 | 367.61 | $0.00 | $0.00 | |
| 11/10/2013 | $ 379.86 | | 11/20/2013 | 379.86 | $0.00 | $0.00 | |
| 12/7/2013 | $ 367.61 | | 12/20/2013 | 367.61 | $0.00 | $0.00 | |
| 1/16/2014 | $ 379.87 | | 1/20/2014 | 379.87 | $0.00 | $0.00 | |
| 1/16/2014 | $ 0.13 | | | 0.13 | $0.00 | $0.00 | curtailment |
| 2/10/2014 | $ 379.86 | | 2/20/2014 | 379.86 | $0.00 | $0.00 | |
| 2/10/2014 | $ 0.14 | | | 0.14 | $0.00 | $0.00 | curtailment |
| 3/7/2014 | $ 343.11 | | 3/20/2014 | 343.11 | $0.00 | $0.00 | |
| 4/7/2014 | $ 379.86 | | 4/20/2014 | 379.86 | $0.00 | $0.00 | |
| 5/17/2014 | $ 367.61 | | 5/20/2014 | 367.61 | $0.00 | $0.00 | |
| 5/17/2014 | $ 0.39 | | | 0.39 | $0.00 | $0.00 | curtailment |
| 6/19/2014 | $ 379.87 | | 6/20/2014 | 379.87 | $0.00 | $0.00 | |
| 6/19/2014 | $ 0.13 | | | 0.13 | $0.00 | $0.00 | curtailment |
| 7/7/2014 | $ 367.61 | | 7/20/2014 | 367.61 | $0.00 | $0.00 | |
| | | | | | $0.00 | $0.00 | |
| 8/9/2014 | $ 380.00 | | 8/20/2014 | 162969.27 | $162,589.27 | $162,589.27 | Loan Matured 7/20/2014 |
| | | | | | $0.00 | $162,589.27 | |
| 9/6/2014 | $ 429.75 | | 9/20/2014 | 379.75 | $50.00 | $162,539.27 | |
| 10/16/2014 | $ 366.85 | | 10/20/2014 | 366.85 | $0.00 | $162,539.27 | |
| 11/3/2014 | $ 378.44 | | 11/20/2014 | 378.44 | $0.00 | $162,539.27 | |
| 12/5/2014 | $ 365.04 | | 12/20/2014 | 365.04 | $0.00 | $162,539.27 | |
| 1/17/2015 | $ 375.05 | | 1/20/2015 | 375.05 | $0.00 | $162,539.27 | |
| 2/6/2015 | $ 375.87 | | 2/20/2015 | 375.87 | $0.00 | $162,539.27 | |
| 3/5/2015 | $ 338.45 | | 3/20/2015 | 338.45 | $0.00 | $162,539.27 | |
| 4/7/2015 | $ 373.83 | | 4/20/2015 | 373.83 | $0.00 | $162,539.27 | |
| 5/6/2015 | $ 361.02 | | 5/20/2015 | 361.02 | $0.00 | $162,539.27 | |
| 6/18/2015 | $ 372.16 | | 6/20/2015 | 372.16 | $0.00 | $162,539.27 | |
| 7/4/2015 | $ 359.67 | | 7/20/2015 | 359.67 | $0.00 | $162,539.27 | |
| 8/4/2015 | $ 370.39 | | 8/20/2015 | 370.39 | $0.00 | $162,539.27 | |
| 9/8/2015 | $ 419.54 | | 9/20/2015 | 369.54 | $50.00 | $162,489.27 | |
| 10/6/2015 | $ 356.83 | | 10/20/2015 | 356.83 | $0.00 | $162,489.27 | |
| 11/6/2015 | $ 367.77 | | 11/20/2015 | 367.77 | $0.00 | $162,489.27 | |
| 12/7/2015 | $ 355.09 | | 12/20/2015 | 355.09 | $0.00 | $162,489.27 | |
| 12/7/2015 | $ 0.91 | | | | $0.91 | $162,488.36 | |
| 1/7/2016 | $ 366.11 | | 1/20/2016 | 366.11 | $0.00 | $162,488.36 | |
| 1/7/2016 | $ 3.89 | | | | $3.89 | $162,484.47 | |
| 2/6/2016 | $ 364.41 | | 2/20/2016 | 364.41 | $0.00 | $162,484.47 | |
| 2/6/2016 | $ 0.59 | | | | $0.59 | $162,483.88 | |
| 3/6/2016 | $ 370.86 | | 3/20/2016 | 370.86 | $0.00 | $162,483.88 | |
| 3/6/2016 | $ 0.14 | | | | $0.14 | $162,483.74 | |
| 4/5/2016 | $ 395.47 | | 4/20/2016 | 395.47 | $0.00 | $162,483.74 | |
| 4/7/2016 | $ 0.53 | | | | $0.53 | $162,483.21 | |
| 5/2/2016 | $ 382.00 | | 5/20/2016 | 381.73 | $0.27 | $162,482.94 | |
| 6/3/2016 | $ 394.00 | | 6/20/2016 | 393.38 | $0.62 | $162,482.32 | |
| 7/5/2016 | $ 380.00 | | 7/20/2016 | 379.76 | $0.24 | $162,482.08 | |
| 8/4/2016 | $ 392.00 | | 8/20/2016 | 391.50 | $0.50 | $162,481.58 | |
| 9/6/2016 | $ 445.00 | | 9/20/2016 | 390.48 | $54.52 | $162,427.06 | |
| 10/4/2016 | $ 380.00 | | 10/20/2016 | 376.91 | $3.09 | $162,423.97 | |
| 11/7/2016 | $ 389.00 | | 11/20/2016 | 388.38 | $0.62 | $162,423.35 | |
| 12/5/2016 | $ 375.00 | | 12/20/2016 | 375.00 | $0.00 | $162,423.35 | |
| 1/3/2017 | $ 388.00 | | 1/20/2017 | 386.47 | $1.53 | $162,421.82 | |
| 2/2/2017 | $ 388.00 | | 2/20/2017 | 386.31 | $1.69 | $162,420.13 | |
| 3/1/2017 | $ 380.00 | | 3/20/2017 | 377.19 | $2.81 | $162,417.32 | |
| 4/3/2017 | $ 417.00 | | 4/20/2017 | 416.49 | $0.51 | $162,416.81 | |
| 5/2/2017 | $ 403.00 | | 5/20/2017 | 402.05 | $0.95 | $162,415.86 | |
| 6/5/2017 | $ 450.00 | | 6/20/2017 | 446.14 | $3.86 | $162,412.00 | |
| 6/30/2017 | $ 431.00 | | 7/20/2017 | 430.62 | $0.38 | $162,411.62 | |
| 8/10/2017 | $ 450.00 | | 8/20/2017 | 443.46 | $6.54 | $162,405.08 | |
| 9/1/2017 | $ 525.00 | | 9/20/2017 | 474.17 | $50.83 | $162,354.25 | |
| 10/6/2017 | $ 475.00 | | 10/20/2017 | 456.91 | $18.09 | $162,336.16 | |
| 11/1/2017 | $ 475.00 | | 11/20/2017 | 470.82 | $4.18 | $162,331.98 | |
| 12/4/2017 | $ 475.00 | | 12/20/2017 | 453.95 | $21.05 | $162,310.93 | |
| 1/4/2018 | $ 475.00 | | 1/20/2018 | 467.71 | $7.29 | $162,303.64 | |
| 2/2/2018 | $ 470.00 | | 2/20/2018 | 466.19 | $3.81 | $162,299.83 | |
| 3/2/2018 | $ 450.00 | | 3/20/2018 | 447.64 | $2.36 | $162,297.47 | |
| 4/2/2018 | $ 495.00 | | 4/20/2018 | 494.02 | $0.98 | $162,296.49 | |
| 5/1/2018 | $ 480.00 | | | | $480.00 | $161,816.49 | |
| | | | | | $0.00 | $161,816.49 | |
| | | | | | $0.00 | $161,816.49 | |
| | | | | | $0.00 | $161,816.49 | |

| Borrower: JOHN F OLSEN | Redaction | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Co-Borrower: ANNE Q OLSEN | | | | | | | | |
| Date of Trustee Payment | Check Number | Amount | Date of Payment in ALS | Applied to PRI01 | Applied to INT01 | Applied to OTHER | Oper. Review Notes | on's Review Notes |
| No TT disburstments | | | | | | | | |

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 05/04/2018

Chapter 13 Trustee: Glenn B Stearns

Trustee Address: —

Trustee Email: mcguckin_m@lisle13.com

Debtor's Counsel Name: Chad M. Hayward

Debtor's Counsel Address: —

Debtor's Counsel Email: jean@haywardlawoffices.com

Debtor 1 Name: John F Olsen

Debtor 2 Name: Anne Q Olsen

Debtor's Mailing Address: 934 St Andrews Circle, Geneva, IL 60134

Debtor Email:

/s/ Staci Matthei