Case No: 13-17030

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re:   **John F Olsen**                                                                                    Case No: **13-17030**

        **Anne Q Olsen**                                                                            Chapter: **13**

Property Address: **934 SAINT ANDREWS CIR., GENEVA, IL 60134**

Last four digits of any number you use
to identify the debtor's account: **9299**

Court Claim No. (if known)   **18**             _Amended_

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**BANK OF AMERICA, N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **04/19/2018** and filed as Docket No. **51**

### Pre-Petition Default Payments         Applicable option is checked.

☑ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim.

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:

Attached as Schedule of Amounts Outstanding on Pre-Petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments         Applicable option is checked.

☐ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☑ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: **$161816.49**         ***Loan Matured 7/20/2014***

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filling, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: 13-17030

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor     ☒ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X  Timothy M. Johnson  
   Signature

05/30/2018  
Date (MM/DD/YYYY)

First Name: Timothy     Middle Name: M     Last Name: Johnson

Title: Attorney

Company: Marinosci Law Group

Address: 134 N LaSalle St., Ste 1900

City: Chicago     State: IL     Zip: 60602

Phone: 312-940-8580

Case No: 13-17030

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Pre-Petition Claim

| Description | Date Incurred | Amount |
|---|---|---|
| | | |

Case No: 13-17030

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Description | Date Incurred | Amount |
|---|---|---|
| Balance of matured loan amount | 7/20/2014 | $144356.61 |
| Interest on matured balance | | $17459.88 |

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 05/30/2018

Chapter 13 Trustee: Glenn B Stearns

Trustee Address: —

Trustee Email: mcguckin_m@lisle13.com

Debtor's Counsel Name: Chad M. Hayward

Debtor's Counsel Address: —

Debtor's Counsel Email: jean@haywardlawoffices.com

Debtor 1 Name: John F Olsen

Debtor 2 Name: Anne Q Olsen

Debtor's Mailing Address: 934 St Andrews Circle, Geneva, IL 60134

Debtor Email:

_/s/_ Staci Matthei

Bank of America
4161 Piedmont Pkwy
Greensboro, NC 27410



Attn: Janet Alfaro
Via Facsimile: 312-453-3840

JOHN F OLSEN
ANNE Q OLSEN
934 SAINT ANDREWS CIR
GENEVA, IL 60134-2997

Date: May 16, 2018

Account No. 9299

Property Address:
934 SAINT ANDREWS CIR
GENEVA, IL 60134

In response to your communication on 5/10/2018, we are providing you with the payoff amount for the above referenced loan.

This letter is not an attempt to collect a debt, a demand for payment or an attempt to modify any applicable bankruptcy plan terms or discharge injunction. If you have received a discharge of your personal obligation to repay the debt associated with the referenced loan, Bank of America will not take any action against you but has retained the right to enforce its rights against the property securing this loan.

Thank you for contacting us about your payoff on your loan. The payoff amount is 162,768.44 valid through 5/25/2018, with an additional daily interest charge of $ 16.81 if the payoff is received after this date.

## What you need to do

Please be advised that upon receipt of your check, Bank of America will forward you the title, security interest filing or lien release for the collateral described above. The title, security interest filing or lien release will not be released unless the check is received at the address listed below.

Please send this check to the attention of the Payoff Department. If you have any questions or concerns, please contact our office.

**Please include the borrower's full name, address and loan number on every check.**

| Via Overnight Mail or U.S Post Office Mail | Home Equity Line of Credit |
|---|---|
| Bank of America<br>Attn: Payoff Department<br>Mail Stop TX1-160-06-19<br>1950 N Stemmons Hwy, Suite 6020<br>Dallas InfoMart<br>Dallas, TX 75207 | Wire:<br>Routing/ABA: 053000196<br>Account: 000695625968 |

These amounts provided are subject to final verification upon receipt of funds by Bank of America. We reserve the right to adjust these amounts and refuse any funds that are insufficient

Bank of America and the Bank of America logo are registered trademarks of Bank of America Corporation.
Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2017 Bank of America Corporation



Summary Page
Page 2 of 2

to pay the account in full for any reason. This includes: an error in the calculation of the payoff amount, previously dishonored check or money order, interest accruals, subsequent advances, intra day advances, insurance, fees or additional disbursements made by Bank of America between the date of this payoff statement and the receipt of funds.

## Questions?

If you have any questions, please call us at 888.702.1161 Monday through Thursday, 8 a.m. to 6 p.m. and Friday 8 a.m. to 5 p.m. Eastern.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.

MILITARY PERSONNEL/SERVICEMEMBERS: If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act (SCRA) and similar state laws provide significant protections and benefits to eligible military service personnel. However, military service and/or SCRA qualification may not necessarily prevent foreclosure. If your loan is in default, a court may authorize foreclosure. If you are having difficulty making your payments, please call us as soon as you can so we can discuss various home retention options. You can reach our Enterprise Military Benefits Unit at 877.345.0693. From outside the U.S., please call us at 817.245.4094. Homeowner counseling is also available at agencies such as Military OneSource at **militaryonesource.mil** or 800.342.9647 and Armed Forces Legal Assistance at **legalassistance.law.af.mil**, and through HUD-approved housing counseling agencies, which you can find at **hud.gov/offices/hsg/sfh/hcc/hcs.cfm**.

**MILITARY PERSONNEL/SERVICEMEMBERS:** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act (SCRA) and similar state laws provide significant protections and benefits to eligible military service personnel. However, military service and/or SCRA qualification may not necessarily prevent foreclosure. If your loan is in default, a court may authorize foreclosure. If you are having difficulty making your payments, please call us as soon as you can so we can discuss various home retention options. You can reach our Enterprise Military Benefits Unit at 1.877.345.0693. From outside the U.S., please call us at 1.817.245.4094. Both numbers are available 24 hours a day, 7 days a week. Homeowner counseling is also available at agencies such as Military OneSource at militaryonesource.mil or 1.800.342.9647 and Armed Forces Legal Assistance at legalassistance.law.af.mil, and through HUD-approved housing counseling agencies, which you can find at hud.gov/offices/hsg/sfh/hcc/hcs.cfm

Case 13-17030    Doc 60    Filed 05/30/18    Entered 05/30/18 15:25:17    Desc Main
Document    Page 8 of 8

## Post History

Debtor: John F Olsen
Co Debtor: John F Olsen
Loan: xxxxxxxxxx9299
Last Date Satisfied
Post Suspense          ($161,816.49)

Total PRE Received       $0.00
Total POST Received      $24,251.53

| Transaction Date | PRE Funds Received | POST Funds | Post Payment Installment | Payment Amt Due | POST Partial Amount | POST Suspense Balance | Comment |
|---|---|---|---|---|---|---|---|
| 5/10/2013 | | $ 367.61 | 5/20/2013 | 367.61 | $0.00 | $0.00 | |
| 5/10/2013 | | $ 0.39 | | 0.39 | $0.00 | $0.00 | curtailment |
| 6/5/2013 | | $ 379.86 | 6/20/2013 | 379.86 | $0.00 | $0.00 | |
| 7/5/2013 | | $ 367.62 | 7/20/2013 | 367.62 | $0.00 | $0.00 | |
| 8/4/2013 | | $ 429.86 | 8/20/2013 | 429.86 | $0.00 | $0.00 | |
| 9/8/2013 | | $ 379.87 | 9/20/2013 | 379.87 | $0.00 | $0.00 | |
| 10/6/2013 | | $ 367.61 | 10/20/2013 | 367.61 | $0.00 | $0.00 | |
| 11/10/2013 | | $ 379.86 | 11/20/2013 | 379.86 | $0.00 | $0.00 | |
| 12/7/2013 | | $ 367.61 | 12/20/2013 | 367.61 | $0.00 | $0.00 | |
| 1/16/2014 | | $ 379.87 | 1/20/2014 | 379.87 | $0.00 | $0.00 | |
| 1/16/2014 | | $ 0.13 | | 0.13 | $0.00 | $0.00 | curtailment |
| 2/10/2014 | | $ 379.86 | 2/20/2014 | 379.86 | $0.00 | $0.00 | |
| 2/10/2014 | | $ 0.14 | | 0.14 | $0.00 | $0.00 | curtailment |
| 3/7/2014 | | $ 343.11 | 3/20/2014 | 343.11 | $0.00 | $0.00 | |
| 4/7/2014 | | $ 379.86 | 4/20/2014 | 379.86 | $0.00 | $0.00 | |
| 5/17/2014 | | $ 367.61 | 5/20/2014 | 367.61 | $0.00 | $0.00 | |
| 5/17/2014 | | $ 0.39 | | 0.39 | $0.00 | $0.00 | curtailment |
| 6/19/2014 | | $ 379.87 | 6/20/2014 | 379.87 | $0.00 | $0.00 | |
| 6/19/2014 | | $ 0.13 | | 0.13 | $0.00 | $0.00 | curtailment |
| 7/7/2014 | | $ 367.61 | 7/20/2014 | 367.61 | $0.00 | $0.00 | |
| | | | | | $0.00 | $0.00 | |
| 8/9/2014 | | $ 380.00 | 8/20/2014 | 162969.27 | -$162,589.27 | -$162,589.27 | Loan Matured 7/20/2014 |
| | | | | | $0.00 | -$162,589.27 | |
| 9/6/2014 | | $ 429.75 | 9/20/2014 | 379.75 | $50.00 | -$162,539.27 | |
| 10/16/2014 | | $ 366.85 | 10/20/2014 | 366.85 | $0.00 | -$162,539.27 | |
| 11/3/2014 | | $ 378.44 | 11/20/2014 | 378.44 | $0.00 | -$162,539.27 | |
| 12/5/2014 | | $ 365.04 | 12/20/2014 | 365.04 | $0.00 | -$162,539.27 | |
| 1/17/2015 | | $ 375.05 | 1/20/2015 | 375.05 | $0.00 | -$162,539.27 | |
| 2/6/2015 | | $ 375.87 | 2/20/2015 | 375.87 | $0.00 | -$162,539.27 | |
| 3/5/2015 | | $ 338.45 | 3/20/2015 | 338.45 | $0.00 | -$162,539.27 | |
| 4/7/2015 | | $ 373.83 | 4/20/2015 | 373.83 | $0.00 | -$162,539.27 | |
| 5/6/2015 | | $ 361.02 | 5/20/2015 | 361.02 | $0.00 | -$162,539.27 | |
| 6/18/2015 | | $ 372.16 | 6/20/2015 | 372.16 | $0.00 | -$162,539.27 | |
| 7/4/2015 | | $ 359.67 | 7/20/2015 | 359.67 | $0.00 | -$162,539.27 | |
| 8/4/2015 | | $ 370.39 | 8/20/2015 | 370.39 | $0.00 | -$162,539.27 | |
| 9/8/2015 | | $ 419.54 | 9/20/2015 | 369.54 | $50.00 | -$162,489.27 | |
| 10/6/2015 | | $ 356.83 | 10/20/2015 | 356.83 | $0.00 | -$162,489.27 | |
| 11/6/2015 | | $ 367.77 | 11/20/2015 | 367.77 | $0.00 | -$162,489.27 | |
| 12/7/2015 | | $ 355.09 | 12/20/2015 | 355.09 | $0.00 | -$162,489.27 | |
| 12/7/2015 | | $ 0.91 | | | $0.91 | -$162,488.36 | |
| 1/7/2016 | | $ 366.11 | 1/20/2016 | 366.11 | $0.00 | -$162,488.36 | |
| 1/7/2016 | | $ 3.89 | | | $3.89 | -$162,484.47 | |
| 2/6/2016 | | $ 364.41 | 2/20/2016 | 364.41 | $0.00 | -$162,484.47 | |
| 2/6/2016 | | $ 0.59 | | | $0.59 | -$162,483.88 | |
| 3/6/2016 | | $ 370.86 | 3/20/2016 | 370.86 | $0.00 | -$162,483.88 | |
| 3/6/2016 | | $ 0.14 | | | $0.14 | -$162,483.74 | |
| 4/5/2016 | | $ 395.47 | 4/20/2016 | 395.47 | $0.00 | -$162,483.74 | |
| 4/7/2016 | | $ 0.53 | | | $0.53 | -$162,483.21 | |
| 5/2/2016 | | $ 382.00 | 5/20/2016 | 381.73 | $0.27 | -$162,482.94 | |
| 6/3/2016 | | $ 394.00 | 6/20/2016 | 393.38 | $0.62 | -$162,482.32 | |
| 7/5/2016 | | $ 380.00 | 7/20/2016 | 379.76 | $0.24 | -$162,482.08 | |
| 8/4/2016 | | $ 392.00 | 8/20/2016 | 391.50 | $0.50 | -$162,481.58 | |
| 9/6/2016 | | $ 445.00 | 9/20/2016 | 390.48 | $54.52 | -$162,427.06 | |
| 10/4/2016 | | $ 380.00 | 10/20/2016 | 376.91 | $3.09 | -$162,423.97 | |
| 11/7/2016 | | $ 389.00 | 11/20/2016 | 388.38 | $0.62 | -$162,423.35 | |
| 12/5/2016 | | $ 375.00 | 12/20/2016 | 375.00 | $0.00 | -$162,423.35 | |
| 1/3/2017 | | $ 388.00 | 1/20/2017 | 386.47 | $1.53 | -$162,421.82 | |
| 2/2/2017 | | $ 388.00 | 2/20/2017 | 386.31 | $1.69 | -$162,420.13 | |
| 3/1/2017 | | $ 380.00 | 3/20/2017 | 377.19 | $2.81 | -$162,417.32 | |
| 4/3/2017 | | $ 417.00 | 4/20/2017 | 416.49 | $0.51 | -$162,416.81 | |
| 5/2/2017 | | $ 403.00 | 5/20/2017 | 402.05 | $0.95 | -$162,415.86 | |
| 6/5/2017 | | $ 450.00 | 6/20/2017 | 446.14 | $3.86 | -$162,412.00 | |
| 6/30/2017 | | $ 431.00 | 7/20/2017 | 430.62 | $0.38 | -$162,411.62 | |
| 8/10/2017 | | $ 450.00 | 8/20/2017 | 443.46 | $6.54 | -$162,405.08 | |
| 9/1/2017 | | $ 525.00 | 9/20/2017 | 474.17 | $50.83 | -$162,354.25 | |
| 10/6/2017 | | $ 475.00 | 10/20/2017 | 456.91 | $18.09 | -$162,336.16 | |
| 11/1/2017 | | $ 475.00 | 11/20/2017 | 470.82 | $4.18 | -$162,331.98 | |
| 12/4/2017 | | $ 475.00 | 12/20/2017 | 453.95 | $21.05 | -$162,310.93 | |
| 1/4/2018 | | $ 475.00 | 1/20/2018 | 467.71 | $7.29 | -$162,303.64 | |
| 2/2/2018 | | $ 470.00 | 2/20/2018 | 466.19 | $3.81 | -$162,299.83 | |
| 3/2/2018 | | $ 450.00 | 3/20/2018 | 447.64 | $2.36 | -$162,297.47 | |
| 4/2/2018 | | $ 495.00 | 4/20/2018 | 494.02 | $0.98 | -$162,296.49 | |
| 5/1/2018 | | $ 480.00 | | | $480.00 | -$161,816.49 | |
| | | | | | $0.00 | -$161,816.49 | |
| | | | | | $0.00 | -$161,816.49 | |
| | | | | | $0.00 | -$161,816.49 | |